UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ELLEN L. TRUMPLER,** ) | |
| ) | |
| Plaintiff, ) | **Case No. CV 08-6514 AJW** |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL ASTRUE** ) | |
| **Commissioner of Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

DATED: July 15, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge